IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AMANDA U. AJULUCHUKU, )
)
    Petitioner )
)
v. ) 1:07CV0069
)
GEORGE MARK STACEY, )
)
    Respondent. )
_____)

ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

On March 5, 2007, Magistrate Judge Russell A. Eliason filed his Recommendation [Doc. # 4] that this action be dismissed for being frivolous and malicious and for failing to state a cause of action.

Rule 72 of the Federal Rules of Civil Procedure provides that "[w]ithin 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b). On March 5, 2007, the parties were mailed notification of the Recommendation filing and informed that objections to the Recommendation were due on March 22, 2007. Neither party filed an objection to the Recommendation.

The Court has reviewed the Recommendation of Magistrate Judge Eliason and, finding no clear error, adopts that Recommendation. Thus, for the reasons set out in the Recommendation, this action is DISMISSED.

This the 5th day of February, 2008.

                                                  /s/ N. Carlton Tilley, Jr.
                                           United States District Judge